UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   07-194M |
| ) | |
| v. ) | |
| ) | |
| ALFRED MILTON ANDERSON, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offense charged in the District of Maryland:

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine and Ecstasy, in violation of Title 21, U.S.C., Section 846.

Date of Detention Hearing: April 17, 2007

The Court conducted both a detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a preliminary Criminal Rule 5(c)(3) inquiry. The defendant waived his rights to a full Rule 5(c)(3)(D) hearing and the Court signed an order of transfer to the originating district court in the District of Maryland to answer the charges. The detention hearing was uncontested, and the defendant may re-open the matter of detention in the District of Maryland.

The Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Annette Hayes. The defendant was represented by Nancy Tenney.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Count I involves a conspiracy drug offense. The maximum penalty is in

DETENTION ORDER
PAGE -1-

excess of ten years.  There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Defendant is viewed as a risk of nonappearance as he has no verifiable ties to the Western District of Washington and his background is unknown.

(3) The defendant does not contest detention at this time.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-